

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| 360 VIANSA, <br><br> Plaintiff, <br><br> v. <br><br> KIRKLAND KNIGHTSBRIDGE, <br><br> Defendant. _____/ | No. C-07-00837 SC <br> NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |

RE:

Bankruptcy Case: 06-10628
Adversary No.: 06-1156
BAP No.:
Appellant:

The appeal has been assigned the following case number C-07-00837 SC before the Honorable Samuel Conti.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 5/25/2007 in Ctrm 1, 17th Floor, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Feb 9, 2007

For the Court
Richard W. Wieking, Clerk

_____
By: Deputy Clerk

cc: USBC
    Counsel of Record