MARTIN J. BRILL (SBN 53220)
DAVID B. GOLUBCHIK (SBN 185520)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for 360 Global Wine Company, Inc. and 360 Viansa, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | USDC No. CV 07-00837 |
| KIRKLAND KNIGHTSBRIDGE, LLC, a California limited liability company, | Bankr. Case No. 06-10628 |
| Debtor. | CHAPTER 11 |
| | Bankr. Adversary No. 06-1156 |
| 360 VIANSA, LLC, a California Limited Liability Company, | **NOTICE OF FILING PETITIONS FOR RELIEF UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE, 11 U.S.C. § 101, ET. SEQ., AND AUTOMATIC STAY** |
| Plaintiff, v. | |
| KIRKLAND KNIGHTSBRIDGE, LLC, a California limited liability company; LARRY KIRKLAND, an individual, | [No Hearing Required] |
| Defendants. | |
| KIRKLAND KNIGHTSBRIDGE, LLC, a California limited liability company, Counterclaimant, v. 360 GLOBAL WINE COMPANY, a Nevada corporation, and 360 VIANSA, LLC, a California Limited Liability Company, Counterdefendant. | |

STAYED
IT IS SO ORDERED
Judge Samuel Conti
3/12/07

1

**PLEASE TAKE NOTICE** that voluntary petitions under Chapter 11 of Title 11, United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), were filed by 360 Global Wine Company, Inc. ("Global") and 360 Viansa, LLC ("Viansa" and collectively with Global, the "Global Entities"), on March 7, 2007, in the United States Bankruptcy Court for the District of Nevada. Global's Chapter 11 case bears Case No. 07-50205. Viansa's Chapter 11 case bears Case No. 07-50206. The Chapter 11 cases have been assigned to the Honorable Gregg Zive, United States Bankruptcy Judge.

Your attention is directed to 11 U.S.C. § 362, which provides for an automatic stay against:

(1)     the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the commencement of the cases under Title 11; or to recover a claim against the Debtors that arose before the commencement of the case under the Bankruptcy Code;

(2)     the enforcement, against the Debtors or against property of the Debtors' estates, of a judgment obtained before the commencement of the cases under the Bankruptcy Code;

(3)     any act to obtain possession of property of the Debtors' estates or of property from the estates, or to exercise dominion or control over property of the estates;

(4)     any act to create, perfect, or enforce any lien against property of the estates;

(5)     any act to create, perfect, or enforce against property of the Debtors any lien to the extent that such lien secures a claim that arose before the commencement of the cases under Title 11;

(6) any act to collect, assess, or recover a claim against the Debtors that arose before the commencement of the cases under Title 11;

(7) the setoff of any debt owing to the Debtors that arose before the commencement of the cases under Title 11 against any claim against the Debtors; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the Debtors.

The automatic injunction granted by § 362(a) will remain in effect until the bankruptcy cases are dismissed or closed or until such earlier times as set forth in Bankruptcy Code §§ 362(c), (d), (e) and (f).

Levene, Neale, Bender, Rankin & Brill L.L.P. is the Debtor's counsel of record in their bankruptcy cases, and is filing this Notice for information purposes only.

**NOTICE IS HEREBY GIVEN** that contempt proceedings may be initiated against any party who participates in any violation of the automatic stay. In addition, the Bankruptcy Court may award damages to compensate the Debtors for actual loss suffered arising out of a violation of the automatic stay. See In re Computer Communications, Inc., 824 F.2d 725, 731 (9th Cir. 1987).

Dated:  March 8, 2007                    LEVENE, NEALE, BENDER, RANKIN
                                         & BRILL, L.L.P.

                                         By:  */s/ Todd M. Arnold*
                                              MARTIN J. BRILL
                                              DAVID B. GOLUBCHIK
                                              TODD M. ARNOLD
                                              Attorneys for 360 Global Wine Company,
                                              Inc. and 360 Viansa, LLC

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Blvd, #1700, Los Angeles, California 90067.

On March 8, 2007 I served the document(s) described as:

**NOTICE OF FILING PETITIONS FOR RELIEF UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE, 11 U.S.C. § 101, ET. SEQ., AND AUTOMATIC STAY**

On the interested parties in this action by placing a true copy thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

| Debtor's Counsel | Interested Party |
|---|---|
| John H. MacConaghy | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. |
| MacConaghy & Barnier, PLC | A Professional Corporation |
| 645 First Street West #D | Ilana Volkov, Esq. |
| Sonoma, CA  95476 | Court Plaza North |
| | 25 Main Street |
| Appellee Kirkland Knightsbridge, LLC | P. O. Box 800 |
| MACCONAGHY & BARNIER, PLC | Hackensack, NJ 07602-0800 |
| John H. MacConaghy, Esq. | |
| 645 First St. West, Suite D | |
| Sonoma, CA  95476 | |

_____ (By E-mail) I caused said document to be sent via email to the office(s) of the addressee(s) so designated on the attached list. Executed on _____, 2007, at Los Angeles, California.

__X__ (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on March 8, 2007 at Los Angeles, California.

__X__ (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              */s/ Angela Antonio*
                                              Angela Antonio